1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766
   Facsimile: (916) 554-2900
5
6
7



FILED

MAY 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No. 2:11-CR-00148 KJM
                                      )
12 |        Plaintiff,                ) Request For Unsealing of
                                      ) Indictment and [~~Proposed~~] Order
13 |     v.                           )
                                      )
14 | CUONG DI BUI, aka Quon Di Bui,   )
     HENRY LAM,                       )
15 | TAN NAN LIN,                     )
     HUANG YU LUN,                    )
16 | LUONG DAU MOC, and               )
     TOM TRAN,                        )
17 |                                  )
            Defendants.               )
18 | _____)

19

20      TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE
   JUDGE:
21
        COMES NOW Todd A. Pickles, Assistant United States Attorney for
22
   the Eastern District of California, to petition this Court and
23
   respectfully represent:
24
        1.  On April 21, 2011, the Honorable Kendall J. Newman issued
25
   an order sealing the Indictment in the above-referenced case until
26
   the arrest of the defendants or further order of the Court.
27
        2.  As of today, May 4, 2011, agents of the United States have
28

1

1  arrested the defendants.  It is now necessary to unseal the
2  indictment so that the defendants may be fully apprised of the
3  charges against them.
4       THEREFORE, your petitioner prays that the aforesaid Indictment,
5  as well as the Petition to Seal the Indictment, and the Order
6  sealing the Indictment be unsealed and made part of the public
7  record.
8
9  Dated: May 4, 2011                Respectfully submitted,
                                     BENJAMIN B. WAGNER
10                                   U.S. ATTORNEY
11
12                             By:   /s/ Todd A. Pickles
                                     TODD A. PICKLES
13                                   Assistant U.S. Attorney

17       The Court hereby orders that the Indictment in Case No. 2:11-
18  CR-00148 KJM, as well as the Petition to Seal the Indictment, and
19  the Order sealing the Indictment shall be unsealed and made part of
20  the public record.

22  DATED: 5-4-2011
23
24                                   _____
                                     HON. EDMUND F. BRENNAN
25                                   United States Magistrate Judge

2