BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900

**FILED**

MAY 4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-00148 KJM |
| ) | |
| Plaintiff, ) | Request For Unsealing of |
| ) | Indictment and [~~Proposed~~] Order |
| v. ) | |
| ) | |
| CUONG DI BUI, aka Quon Di Bui, ) | |
| HENRY LAM, ) | |
| TAN NAN LIN, ) | |
| HUANG YU LUN, ) | |
| LUONG DAU MOC, and ) | |
| TOM TRAN, ) | |
| ) | |
| Defendants. ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW Todd A. Pickles, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On April 21, 2011, the Honorable Kendall J. Newman issued an order sealing the Indictment in the above-referenced case until the arrest of the defendants or further order of the Court.

2. As of today, May 4, 2011, agents of the United States have

arrested the defendants.  It is now necessary to unseal the indictment so that the defendants may be fully apprised of the charges against them.

THEREFORE, your petitioner prays that the aforesaid Indictment, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment be unsealed and made part of the public record.

Dated: May 4, 2011

Respectfully submitted,
BENJAMIN B. WAGNER
U.S. ATTORNEY

By: *(signature)*
TODD A. PICKLES
Assistant U.S. Attorney

The Court hereby orders that the Indictment in Case No. 2:11-CR-00148 KJM, as well as the Petition to Seal the Indictment, and the Order sealing the Indictment shall be unsealed and made part of the public record.

DATED: 5-4-2011

*(signature)*
HON. EDMUND F. BRENNAN
United States Magistrate Judge