```
                              FILED
                              May 05, 2011
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>           Plaintiff,          )<br>v.                             )<br>                               )<br>TOM TRAN,                      )<br>           Defendant.          )<br>_____) | Case No. CR.S-11-0148-KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TOM TRAN, Case No. CR.S-11-0148-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00

  _X_   Co-Signed Unsecured Appearance Bond

  ____   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  _X_   (Other) Completed unsecured bond paperwork to be filed by 05/12/11.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-05-2011  at  3:15 pm

By _____
Edmund F. Brennan
United States Magistrate Judge