```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar #237432
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  HENRY LAM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-148 KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING** |
| | ) | **STATUS CONFERENCE** |
| v. | ) | |
| | ) | |
| CUONG DI BUI, et al., | ) | Date: May 26, 2011 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through TODD PICKLES, Assistant United States Attorney, HENRY LAM, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, CUONG DI BUI by and through his attorney, ERIN J. RADEKIN, TAN NAN LIN by and through his attorney, MICHAEL D. LONG, HUANG YU LUN by and through his attorney, OLAF W. HEDBERG, LUNG DAU MOC by and through his attorney DAN F. KOUKOL and TOM TRAN by and through his attorney, MICHAEL B. BIGELOW, that the status conference presently scheduled for May 26, 2011, be continued to July 7, 2011, at 10:00 a.m.

The reason for this continuance is to allow defense counsel

1 additional time to review discovery with the defendants, to examine
2 possible defenses and to continue investigating the facts of the case.
3     IT IS FURTHER STIPULATED that the period from May 26, 2011,
4 through and including July 7, 2011, be excluded in computing the time
5 within which trial must commence under the Speedy Trial Act, pursuant
6 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
7 preparation of counsel.
8 Dated: May 23, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew M. Scoble
                                    MATTHEW M. SCOBLE
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    HENRY LAM


                                    /s/ Matthew M. Scoble for
                                    ERIN J. RADEKIN
                                    Attorney for CUONG DI BUI

                                    /s/ Matthew M. Scoble for
                                    MICHAEL D. LONG
                                    Attorney for TAN NAN LIN

                                    /s/ Matthew M. Scoble for
                                    OLAF W. HEDBERG
                                    Attorney for HUANG YU LUN

                                    /s/ Matthew M. Scoble for
                                    DAN F. KOUKOL
                                    Attorney for LUONG DAU MOC

                                    /s/ Matthew M. Scoble
                                    MICHAEL B. BIGELOW
                                    Attorney for TOM TRAN

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | Dated: May 23, 2011                          BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 /s/ Matthew M. Scoble for
                                                 _____
                                                 TODD PICKLES
                                                 Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated:  May 23, 2011.

_____
UNITED STATES DISTRICT JUDGE