**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email:mbigelow6401@sbcglobal.net

Attorney for Defendant
Tom Tran

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> TOM TRAN ) <br> ) <br> ) <br> Defendant ) <br> _____) | No. 2:11-cr-00148 KJM <br><br> WAIVER OF PERSONAL APPEARANCE <br><br> ORDER |

Pursuant to Federal Rules of Criminal Procedure, Rule 43(c)(3), defendant, Tom Tran hereby waives the right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant Tran, hereby requests the court to proceed during every absence of him which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if

-1-

1  defendant Tran were personally present and further agrees to be
2  present in court ready for hearing any day and hour the court
3  may fix in his absence.
4      Defendant Tran further acknowledges that he has been
5  informed of his rights under Title 18 U.S.C. sections 3161-3174
6  of the Speedy Trial Act, and authorized his attorney to set
7  times and delays und the Act without defendant Davis being
8  present and agrees to waive any and all time under both the
9  Sixth Amendment to the Constitution and the Speedy Trial Act
10 regarding his rights to a speedy public jury trial.
11     The original signed copy of this document shall be
12 maintained by counsel.
13
14 DATED May 24, 2011              Respectfully submitted,
15
16                                 /S/MICHAEL B. BIGELOW
                                   Attorney for Defendant
17
18
19
20                                 /S/ TOM TRAN
                                   Tom Tran
21
22
23
24
25

**ORDER**

**IT IS SO ORDERED.**

DATED: May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE