1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CUONG DI BUI

6

7  IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | **2:11-cr-00148 KJM** |
| 11             Plaintiff, | |
| 12  v. | |
| 13  CUONG DI BUI, ET AL., | **AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| 14             Defendants. | |

17                                              **STIPULATION**

18       Plaintiff, United States of America, by and through its counsel, Assistant United States

19  Attorney Todd A. Pickles; defendant, Tan Nan Lin, by and through his counsel, Steven F. Gruel,

20  defendant Huang Yu Lun, by and through his counsel, Olaf Hedberg, defendant Luong Dau Moc, by

21  and through his counsel Dan Koukol, defendant Tom Tran, by and through his counsel, Michael

22  Bigelow, defendant Henry Lam, by and through his counsel, Matthew M. Scobel, and defendant

23  Cuong Di Bui, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set

24  for status conference, July 7, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the

25  status conference to September 15, 2011 at 10:00 a.m. in the courtroom of the Honorable Kimberly J.

26  Mueller.

27       The reason for this request is that additional time is needed for defendants' counsel to obtain

28  and review discovery, and for additional defense preparation and investigation.  The Court is advised

    that Mr. Pickles, Mr. Greul, Mr. Hedberg, Mr. Koukol, Mr. Bigelow, and Mr. Scobel concur with this

1  request and have authorized Ms. Radekin to sign this stipulation on their behalf.

2      The parties further agree and stipulate that the time period from the filing of this stipulation
3  until September 15, 2011 should be excluded in computing time for commencement of trial under the
4  Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5  Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
6  preparation. It is further agreed and stipulated that the ends of justice served in granting the request
7  outweigh the best interests of the public and the defendant in a speedy trial.

8      Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9  IT IS SO STIPULATED

10 Dated: July 5, 2011                          BENJAMIN WAGNER
                                           United States Attorney

11
                                     By:      /s/ Todd A. Pickles
12                                         TODD A. PICKLES
                                        Assistant United States Attorney

13

14 Dated: July 5, 2011                               /s/ Steven F. Greul
                                         STEVEN F. GRUEL
15                                        Attorney for Defendant
                                      TAN NAN LIN

16
Dated: July 5, 2011                                /s/ Olaf Hedberg
17                                          OLAF HEDBERG
                                         Attorney for Defendant
18                                          HUANG YU LUN

19 Dated: July 5, 2011                                /s/ Dan Koukol
                                         DAN KOUKEL
20                                        Attorney for Defendant
                                      LUONG DAU MOC

21

22 Dated: July 5, 2011                               /s/ Michael Bigelow
                                         MICHAEL BIGELOW
23                                        Attorney for Defendant
                                      TOM TRAN

24

25 Dated: July 5, 2011                              /s/ Matthew M. Scobel
                                         MATTHEW M. SCOBEL
26                                       Attorney for Defendant
                                      HENRY LAM

27  / / /

28  / /

1  Dated: July 5, 2011                                        /s/ Erin J. Radekin
                                                            ERIN J. RADEKIN
2                                                           Attorney for Defendant
                                                            CUONG DI BUI
3

4                                          **ORDER**

5       For the reasons set forth in the accompanying stipulation and declaration of counsel, and
6  taking account of the arraignment date of May 5, 2011, and Mr. Gruel's appearance on June 8, 2011,
7  the status conference date of July 7, 2011 at 10:00 a.m. is VACATED and the above-captioned matter
8  is set for status conference on September 15, 2011 at 10:00 a.m.  The Court finds excludable time in
9  this matter through September 15, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to
10 allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.
11 For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting
12 the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§
13 3161(h)(7)(A), (h)(7)(B)(iv).

14          IT IS SO ORDERED.

15 Dated: July 6, 2011.

16                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28