UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TOM TRAN,<br><br>        Defendant. | No.  2:11-cr-0148 KJM<br><br><br><br>ORDER |

      This matter is before the court on the Order to Show Cause issued on November 5, 2013. (ECF 240.)  The court has received a response and supplemental response from defense counsel. The court notes that counsel has accepted responsibility but requested that the costs for the interpreter incurred in connection with the November 6, 2013 calendar not be imposed. Upon careful consideration, and having conferred with the court's interpreter, the court declines to impose costs at this time, while reserving that right for any future repeat violations.  Good cause appearing, the Order to Show Cause is DISCHARGED.

      Dated: January 3, 2014.

_____
UNITED STATES DISTRICT JUDGE